JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE GONZALES-BELTRAN,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL B. MUKASEY, United States Attorney General; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; NANCY ALCANTAR, Field Office Immigration and Customs Enforcement; OFFICER LAFAVE, Bakersfield Immigration and Customs Enforcement,<br><br>Respondents. | No. C 08-0262 MHP<br><br>STIPULATION TO BRIEFING SCHEDULE |

The Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following briefing schedule, in light of the following:

1. On January 15, 2008, Petitioner filed the instant Petition for a Writ of Habeas Corpus with this Court.

///

///

STIPULATION TO BRIEFING SCHEDULE
08-0262 MHP

1  2. Accordingly, the parties propose that the following briefing schedule be set:

2  Last day for Respondents to file Return        February 15, 2008

3  Last day for Petitioner to file Traverse        February 29, 2008

4  Dated: January 23, 2008        Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

       /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Respondents

Dated: January 23, 2008        /s/
PHILLIPPE M. DWELSHAUVERS
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:

MARILYN H. PATEL
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO BRIEFING SCHEDULE
08-0262 MHP