JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE GONZALES-BELTRAN, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL B. MUKASEY, United States Attorney General; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; NANCY ALCANTAR, Field Office Immigration and Customs Enforcement; OFFICER LAFAVE, Bakersfield Immigration and Customs Enforcement, <br><br> Respondents. | No. C 08-0262 MHP <br><br> STIPULATION TO BRIEFING SCHEDULE |

    The Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following briefing schedule, in light of the following:

    1. On January 15, 2008, Petitioner filed the instant Petition for a Writ of Habeas Corpus with this Court.

///

///

STIPULATION TO BRIEFING SCHEDULE
08-0262 MHP

1  2. Accordingly, the parties propose that the following briefing schedule be set:

2  Last day for Respondents to file Return                February 15, 2008

3  Last day for Petitioner to file Traverse                  February 29, 2008

4  Dated: January 23, 2008                                Respectfully Submitted,

5                                                         JOSEPH P. RUSSONIELLO
                                                          United States Attorney
6

7                                                              /s/
                                                          MELANIE L. PROCTOR[1]
8                                                         Assistant United States Attorney
                                                          Attorneys for Respondents
9

10 Dated: January 23, 2008                                     /s/
                                                          PHILLIPPE M. DWELSHAUVERS
11                                                        Attorney for Petitioner

12

13                                      **ORDER**

      Pursuant to stipulation, IT IS SO ORDERED.
14

15 Dated: January 24, 2008

16

17                                                        IT IS SO ORDERED

18                                                        Judge Marilyn H. Patel

19

20

21

22

23

24

25

26

27 ─────────────────

28   [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO BRIEFING SCHEDULE
08-0262 MHP