JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE GONZALES-BELTRAN, ) | No. C 08-0262 MHP |
| ) | |
| Petitioner, ) | |
| ) | STIPULATION TO DISMISS; PROPOSED |
| v. ) | ORDER |
| ) | |
| MICHAEL B. MUKASEY, United States ) | |
| Attorney General; MICHAEL CHERTOFF, ) | |
| Secretary of the Department of Homeland ) | |
| Security; NANCY ALCANTAR, Field ) | |
| Office Immigration and Customs ) | |
| Enforcement; OFFICER LAFAVE, ) | |
| Bakersfield Immigration and Customs ) | |
| Enforcement, ) | |
| ) | |
| Respondents. ) | |
| ) | |

///

///

///

///

///

///

///

STIPULATION TO DISMISS
08-0262 MHP

1  The Petitioner, by and through his attorney of record, and Respondents, by and through their
2  attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the habeas petition,
3  without prejudice, in light of the fact Immigration and Customs Enforcement has released Petitioner.

Dated: February 8, 2008                    Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Respondents

Dated: February 8, 2008                    /s/
PHILLIPPE M. DWELSHAUVERS
Attorney for Petitioner

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. All pending deadlines are hereby TERMINATED. The clerk shall close the file.

Dated:


MARILYN H. PATEL
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
08-0262 MHP