1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   JOSE GONZALES-BELTRAN,              )   No. C 08-0262 MHP
13                                     )
                  Petitioner,          )
14                                     )   STIPULATION TO DISMISS; ~~PROPOSED~~
         v.                            )   ORDER
15                                     )
   MICHAEL B. MUKASEY, United States   )
16 Attorney General; MICHAEL CHERTOFF, )
   Secretary of the Department of Homeland )
17 Security; NANCY ALCANTAR, Field    )
   Office Immigration and Customs      )
18 Enforcement; OFFICER LAFAVE,        )
   Bakersfield Immigration and Customs )
19 Enforcement,                        )
                                       )
20                Respondents.         )
                                       )
21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO DISMISS
08-0262 MHP

1  The Petitioner, by and through his attorney of record, and Respondents, by and through their
2  attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the habeas petition,
3  without prejudice, in light of the fact Immigration and Customs Enforcement has released Petitioner.

4  Dated:  February 8, 2008               Respectfully Submitted,

5                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
6

7                                          _____/s/_____
                                           MELANIE L. PROCTOR[1]
8                                          Assistant United States Attorney
                                           Attorneys for Respondents
9

10 Dated:  February 8, 2008               _____/s/_____
                                           PHILLIPPE M. DWELSHAUVERS
11                                         Attorney for Petitioner

12
                                  **ORDER**
13
        Pursuant to stipulation, IT IS SO ORDERED. All pending deadlines are hereby
14
   TERMINATED.  The clerk shall close the file.
15

16 Dated:  2/11/2008

[Seal of United States District Court, Northern District of California]

IT IS SO ORDERED

Judge Marilyn H. Patel

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
08-0262 MHP